UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEBONE BROWN,

               Plaintiff,          24-cv-5601 (JGK)

    - against -               ORDER

THE SWATCH GROUP (U.S.), INC.,

              Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 15, 2024.

SO ORDERED.

Dated:    New York, New York
           October 1, 2024

                                                                         John G. Koeltl
                                      United States District Judge