UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZEBONE BROWN,

                Plaintiff,        24-cv-5601 (JGK)

    - against -              ORDER

THE SWATCH GROUP (U.S.), INC.,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide a status update to the Court by **March 21, 2025.**

SO ORDERED.

Dated:    New York, New York
           March 14, 2025

                                        John G. Koeltl
                                  United States District Judge