```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
ZEBONE BROWN,
                    Plaintiff,           24-cv-5601 (JGK)

        - against -                      ORDER

THE SWATCH GROUP (U.S.), INC.,
                    Defendant.
-----------------------------------
```

JOHN G. KOELTL, District Judge:

    The parties are directed to provide a status update to the Court by **May 9, 2025.**

SO ORDERED.

Dated:    New York, New York
            May 7, 2025

_____
John G. Koeltl
United States District Judge
