UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

ZEBONE BROWN, on behalf of herself and all others similarly situated,

                        Civil Action No:
                        1:24-cv-5601

              Plaintiff,

-v.-

THE SWATCH GROUP (U.S.), INC.,

              Defendants.

-------------------------------------------------------------------------

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, The Swatch Group (U.S.), Inc., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 9, 2025

| **For Plaintiff Zebone Brown** | **For Defendant The Swatch Group U.S.), Inc.** |
|---|---|
| *[signature]* <br> Rami Salim <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> rsalim@steinsakslegal.com | *[signature]* <br> Rebecca A. Stark <br> Dentons US LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Ph: (212) 398-7614 <br> Rebecca.stark@dentons.com |

1

## CERTIFICATE OF SERVICE

I certify that on May 9, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<i>/s/ Rami Salim</i><br>
Rami Salim<br>
<b>Stein Saks, PLLC</b><br>
<i>Attorneys for Plaintiff</i>